No. 79–6376. BARNETT *v.* ALFORD, WARDEN, ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Cuyler* v. *Sullivan, ante,* p. 335.

No. A–941. EGBERT *v.* KANSAS. Application for stay of mandate of the Supreme Court of Kansas, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–979. BOARD OF EDUCATION OF THE CITY OF DETROIT ET AL. *v.* MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. Application for stay of mandate of the United States Court of Appeals for the Sixth Circuit, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. The order entered by MR. JUSTICE STEWART on May 14, 1980, is vacated.

No. D–193. IN RE DISBARMENT OF LEACH. It is ordered that Fred L. Leach, of Amarillo, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 79–816. POTOMAC ELECTRIC POWER CO. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U. S. DEPARTMENT OF LABOR, ET AL. C. A. D. C. Cir. [Certiorari granted, 444 U. S. 1069.] Motion of petitioner to dispense with printing appendix granted.

No. 79–6370. ABLE ET UX. *v.* DELAWARE. Appeal from Sup. Ct. Del. Motion of appellants to seal the record granted.

No. 79–1451. PFISTER *v.* DELTA AIR LINES, INC., ET AL. Motion for leave to file petition for writ of certiorari and for other relief denied.